No. 05–8590. GUEVARA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–8592. HAFERKAMP *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–8594. HARRIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–8595. HUNTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8599. VISSAGGI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–8600. HERNDON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8604. CORDOVA *v.* SOARES, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–8607. PAXTON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–8608. HERNANDEZ-MUNGUIA ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8609. NOE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–8610. LIZARRAGA-ORDUNO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–8611. MARISCAL-LUGO *v.* UNITED STATES; PEREZ-RAMALES *v.* UNITED STATES; TROCHEZ *v.* UNITED STATES; and AGUILAR-HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8612. BRADLEY *v.* NATIONAL ASSOCIATION OF SECURITIES DEALERS DISPUTE RESOLUTION, INC., ET AL. C. A. D. C. Cir. Certiorari denied.